# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RAYFORD SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. _____** |
| | § | |
| **vs.** | § | |
| | § | |
| **WORKRISE TECHNOLOGIES INC.** | § | |
| **AND HCS RENEWABLE ENERGY LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL

1. **All executed process in the case;**

2. **Pleadings asserting cause of action:**

   a.   **Plaintiff's Original Petition;**

3. **All orders signed by the State Court Judge (None);**

4. **The docket sheet; and**

5. **A list of all counsel of record, including addresses, telephone numbers and parties represented.**

PRIVATE PROCESS

**Case Number: 2021CI20843**

Rayford Smith VS Workrise, d/b/a HCS Renew
(Note: Attached Document May Contain Additional
Litigants)

IN THE **285TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:   **Workrise, d/b/a HCS Renew**
              **BY SERVING ITS CEO XUAN YONG**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE was filed on this the 1st day of October, 2021.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 4th day of October, 2021.

**DENNIS L RICHARD**
**ATTORNEY FOR PLAINTIFF**
**14255 BLANCO RD**
**SAN ANTONIO TX 78216**



Mary Angle Garcia
**Bexar County District Clerk**
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Ana Cortijo
Ana Cortijo, Deputy

---

RAYFORD SMITH VS WORKRISE, D/B/A HCS RENEW

Case Number: 2021CI20843
285th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County,
Texas

BY: _____

OR: VERIFICATION OF RETURN (if not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

FILED
10/1/2021 8:34 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Consuelo Gomez
Bexar County - 285th District Court

## 2021CI20843
CAUSE NO. _____

CIT PPS W/JD

| | | |
|---|---|---|
| **RAYFORD SMITH,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | *285th* **JUDICIAL DISTRICT** |
| | § | |
| **WORKRISE, d/b/a HCS RENEW,** | § | |
| *Defendant.* | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, Rayford Smith, hereinafter referred to as Plaintiff or "Smith", complaining of and about Workrise, d/b/a HCS Renew, hereinafter referred to as Defendant or "Workrise" and for cause of action files this his Plaintiff's Original Petition, showing to the Court as follows:

### I.
### PARTIES AND SERVICE

1.      Plaintiff, Smith, is a citizen of the United States and the State of Texas and resides in the State of Texas.

2.      Defendant, Workrise, is a Domestic for Profit-Corporation, doing business in the State of Texas.  This Defendant may be served with process by delivering a copy of Plaintiff's Original Petition to Xuan Yong, CEO of Workrise, by certified mail return receipt requested at 111 Congress Ave., Suite 900, Texas 78701.

3.      This is a Level III case.

### II.
### JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter and the parties to this case. Workrise has conducted business in Bexar County and therefore venue properly lies in Bexar

1

County.

## III.
## JURY DEMAND

5.      Plaintiff is requesting trial by jury and will tender the statutory jury fee.

## IV.
## AGENCY

6.      Whenever in this petition it is alleged that the Defendant did any act or thing, it is meant that Defendant's officers, agents, servants, employees or representatives did such act or thing and that at the time such act or thing was done, it was done with the full authorization or ratification of or by Defendant and was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees or representatives.

## V.
## FACTS

7.      This case is founded upon Defendant's violations of 42 U.S.C. 1981, as evidenced by the following acts of Race Discrimination.   Workrise's supervisor, Romeo LNU, terminated Plaintiff for the stated reason that Smith failed to demonstrate acceptable performance during Smith's one week period of employment.   That reason was a pretext for the real reason, Race Discrimination.   Smith is an African American and during his one week of employment, he was present and working as a member of Defendant's construction crew.   Humberto Apolinar, a Hispanic member of the same crew only worked 4 out of 5 days and was not as productive as Plaintiff. Apolinar was retained and Smith was terminated. The conduct of Romeo LNU confirms a scheme of Racial Discrimination and violations of 42 U.S.C. 1981.

## VI.
## DAMAGES

8.     By reason of Defendant's acts and conduct, as herein alleged, Plaintiff has been

damaged as follows:

a.)     Compensatory damages (including emotional pain and suffering,

inconvenience, mental anguish, loss of enjoyment of life, and other non-economic

damages) allowed under 42 U.S.C. 1981.

b.)     Economic damages in the form of lost back pay and lost fringe benefits in

the past.  Economic damages, in the form of lost wages and fringe benefits that will, in

reasonable probability, be sustained in the future.

c.)     Attorney's fees pursuant to applicable statutes.

d.)     Punitive damages for Defendant engaging in unlawful intentional

employment practices and engaging in discriminatory practices with reckless

indifference to the protected rights of an aggrieved individual, Plaintiff Rayford

Smith.   Said conduct also amounts to a conscious indifference to the rights and

welfare of Smith.   Plaintiff also seeks punitive damages under his claims for

violation of Section 1981 of the Civil Rights Act of 1866.

9.     Pursuant to Rule 47 of the Texas Rules of civil Procedure, Plaintiff hereby seeks

monetary relief over $200,000 but not more than $1,000,000, including costs, expenses, pre- and

post-judgment interests, and attorney's fees. Plaintiff further requests that the non-expedited rules

apply in this case.

3

## VII.
## REQUEST FOR DISCLOSURE

10.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose within fifty (50) days of the service of this request the information or material described in Texas Rule of Civil Procedure 194.2.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final trial of this cause, Plaintiff has and recovers of and from the Defendant actual damages and punitive damages in a sum within the jurisdictional limits of this Court, pre-and post-judgment interest as allowed by law, attorney's fees, costs of Court, and for such other and further relief, both general and special, at law or in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

*/s/ Dennis L. Richard*
Dennis L. Richard
SBN:  16842600
**LAW OFFICE OF DENNIS L. RICHARD**
14255 Blanco Road
San Antonio, TX 78216
Telephone: (210) 308-6600
Telecopier: (210) 308-6939
dennislrichardlaw@gmail.com

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 57780399
Status as of 10/1/2021 10:03 AM CST

Associated Case Party: Rayford Smith

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dennis L. Richard | | dennislrichardlaw@gmail.com | 10/1/2021 8:34:34 AM | SENT |
| Maribel Susil | | maribel@osgclaw.com | 10/1/2021 8:34:34 AM | SENT |

285th District Court
Case Summary
Case No. 2021CI20843

Rayford Smith VS Workrise, d/b/a HCS Renew

Location:

**285th District Court**

Judicial Officer:

**285th, District Court**

Filed on:

**10/01/2021**

# Case Information

Case Type: EMPLOYMENT-DISCRIMINATION
Case Status: **10/01/2021   Pending**

# Assignment Information

**Current Case Assignment**
Case Number
2021CI20843
Court
285th District Court
Date Assigned
10/01/2021
Judicial Officer
285th, District Court

# Party Information

|  |  | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Smith, Rayford** | **RICHARD, DENNIS L** *Retained* |
| **Defendant** | **Workrise, d/b/a HCS Renew** | |

# Events and Orders of the Court

10/01/2021

New Cases Filed (OCA)

10/01/2021

PETITION

10/01/2021

JURY FEE PAID

10/04/2021

**Citation**
Workrise, d/b/a HCS Renew
Unserved

## LIST OF ALL COUNSEL OF RECORD, PARTIES REPRESENTED
## AND COURT INFORMATION

1.      **Attorney for Plaintiff**

Dennis L. Richard
Law Offices of Dennis L. Richard.
14255 Blanco Road
San Antonio, Texas 75216
Dennislrichardlaw.com

2.      **Attorneys for Defendants Workrise Technologies Inc. and HCS Renewable Energy LLC**

Buena Vista Lyons
Texas Bar No. 00797630
vlyons@fordharrison.com
David R. Anderson*
Georgia Bar No. 368564
danderson@fordharrison.com
*Pro Hac Vice Admission Forthcoming*
Daniel E. Pierre*
New Jersey Bar No. 209902018
dpierre@fordharrison.com
*Pro Hac Vice Admission Forthcoming*

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas  75201
Telephone: (214) 256-4700
Facsimile:  (214) 256-4701

3.      **The Name and Address of the Court from which the case is being removed:**

Bexar County District Court
285th Judicial District
100 Dolorosa 2nd Floor
San Antonio, Texas  78205

WSACTIVELLP:12668604.1