**FILED**
August 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAYFORD SMITH, | § | |
| Plaintiff, | § | Civil Action No. 5:21-cv-01035 |
| vs. | § | |
| WORKRISE TECHNOLOGIES INC. AND HCS RENEWABLE ENERGY LLC, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On June 28, 2022, this Court entered an Order dismissing Plaintiff's First Amended Complaint (Dkt. No. 20) and by the same instrument, the Court further ordered that any motion for leave to amend shall be filed on or before July 12, 2022, and any such motion shall attach a proposed amended complaint. Plaintiff filed no such motion attaching a proposed amended complaint. Accordingly, the Court ORDERS that FINAL JUDGMENT be entered in this case in favor of Defendants Workrise Technologies Inc. and HCS Renewable Energy LLC.

IT IS FURTHER **ORDERED, ADJUDGED and DECREED** that:

1. Plaintiff Rayford Smith takes nothing on his claims in this action; and

2. All reasonable costs of Court spent or incurred in this action are adjudged against Plaintiff, including but not limited Defendants' costs spent or incurred.

**THIS IS A FINAL JUDGMENT** disposing of all parties and all claims

SIGNED this 18th day of August, 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE